AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| JAMES EVERETT SHELTON | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 18-1655 |
| CENTERPOINTE LENDING STUDENT LOAN SERVICES; JEFFREY R. SILHANEK & SCOTT E. SHALLER | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CENTERPOINTE LENDING STUDENT LOAN SERVICES
11800 Central Ave, Unit 225A
Chino, CA 91710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES EVERETT SHELTON
316 COVERED BRIDGE ROAD
KING OF PRUSSIA, PA 19406
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/19/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-01655

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CENTERPOINTE LENDING STUDENT LOAN SERVICES
was received by me on *(date)* 4/24/18.

☒ I personally served the summons on the individual at *(place)* CENTERPOINTE LENDING STUDENT LOAN SERVICES 11800 CENTRAL AVE UNIT 225A, CHINO, CA 91710 on *(date)* 04/25/18 8:05 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATI LUNA - ADMINISTRATIVE ASSITANT , who is designated by law to accept service of process on behalf of *(name of organization)* CENTERPOINTE LENDING STUDENT LOAN SERVICES on *(date)* 4/25/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 50.00 for travel and $ 100.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: 4/25/18

*Server's signature*

DAVID PUYLE RPS
*Printed name and title*

710 S MYRTLE AVE STE 257, MONROVIA CA 91016
*Server's address*

Additional information regarding attempted service, etc: