AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

|  |  |
|---|---|
| JAMES EVERETT SHELTON <br> *Plaintiff(s)* <br> v. <br><br> CENTERPOINTE LENDING STUDENT LOAN <br> SERVICES; JEFFREY R. SILHANEK & <br> SCOTT E. SHALLER <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 18-1655

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JEFFREY R. SILHANEK
11800 Central Ave, Unit 225A
Chino, CA 91710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES EVERETT SHELTON
316 COVERED BRIDGE ROAD
KING OF PRUSSIA, PA 19406
PRO SE

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/19/2018

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:18-cv-01655

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JEFFREY R. SILHANEK

was received by me on *(date)*  4/24/18  .

☒ I personally served the summons on the individual at *(place)*  CENTERPOINTE LENDING  STUDENT LOAN SERVICES  11800 CENTRAL AVE UNIT 225A  CHINO, CA  91710  on *(date)*  4/25/18  ; or
8:05AM

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  KATI LUNA - ADMINISTRATIVE ASSISTANT  , who is

designated by law to accept service of process on behalf of *(name of organization)*  CENTERPOINTE LENDING

_____  on *(date)*  4/25/18  STUDENT LOAN SERVICES  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $  50.00  for travel and $  100.00  for services, for a total of $  150.00  .

I declare under penalty of perjury that this information is true.

Date:  4/25/18

_____
Server's signature

DAVID VOYLE RPS
_____
Printed name and title

710 S MYRTLE STE 257, MONROVIA, CA  91016
_____
Server's address

Additional information regarding attempted service, etc: