# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-1655** |
| | : | |
| **CENTERPOINTE LENDING** | : | |
| **STUDENT LOAN SERVICES**, *et al* | : | |

## ORDER

**AND NOW**, this 2nd day of May 2018, upon considering Plaintiff's Motion for permission to file electronically (ECF Doc. No. 3), and showing no good cause, it is **ORDERED** the Motion (ECF Doc. No. 3) is **DENIED without prejudice** upon a showing of good cause.

_____
**KEARNEY, J.**