IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 18-1655** |
| : | |
| **CENTERPOINTE LENDING** : | |
| **STUDENT LOAN SERVICES**, *et al* : | |

## ORDER

**AND NOW**, this 17th day of May 2018, upon considering the May 17, 2018 Entry of Default against Defendants Centerpointe Lending Student Loan Services, Jeffrey R. Silhanek and Scott E. Shaller and Plaintiff's Motion for specific damages (ECF Doc. No. 9), it is **ORDERED**:

1. The Court shall hold a hearing to determine the precise amount of damages and address any defenses on **Wednesday, June 27, 2018** at **9:30 a.m. in Courtroom 6B**; and,

2. To allow us to proceed on this hearing, Plaintiff shall serve, by <u>both</u> hand-delivery and certified mail, receipt requested, this Order, the Complaint (ECF Doc. No. 1) and Motion for specific damages (ECF Doc. No. 9) upon Defendants no later than **June 4, 2018** with proof of service filed no later than **June 7, 2018**. Absent strict compliance with this service requirement, we will need to adjourn the June 27, 2018 hearing.

_____
KEARNEY, J.