AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-1655

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   CENTERPOINTE LENDING STUDENT LOAN SERVICES

was received by me on *(date)*   05/17/2018   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Court Order Dated May 17, 2018 (ECF Docket 10); Complaint (ECF Docket 1); Motion for Specific Damages (ECF Docket 9) - Via Certified Mail, Delivered 5/22/2018, Tracking Number 9502900003908138000083, See Attached Reutrn Receipt

My fees are $   0.00   for travel and $   16.00   for services, for a total of $   16.00   .

I declare under penalty of perjury that this information is true.

Date:   05/22/2018

*Server's signature*

Andrew R. Perrong
*Printed name and title*

1657 The Fairway #131
Jenkintown, PA 19046

*Server's address*

Additional information regarding attempted service, etc:



Date: May 22, 2018

Andrew Perrong:

The following is in response to your May 22, 2018 request for delivery information on your Certified Mail™/RR/RRE item number 9502900003908138000083. The delivery record shows that this item was delivered on May 22, 2018 at 4:09 pm in 11800 CENTRAL AVE STE 225 CHINO, CA 91710. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Centerpointe Lending & Student Loan Services<br>11800 Central Ave Unit 225A<br>Chino Ca 91710 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| 9590 9402 3530 7275 2807 81 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7O2 9000 0340 8138 0000 93 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-1655

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  JEFFREY R. SILHANEK

was received by me on *(date)*  05/17/2018  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Court Order Dated May 17, 2018 (ECF Docket 10); Complaint (ECF Docket 1); Motion for Specific Damages (ECF Docket 9) - Via Certified Mail, Delivered 5/22/2018, Tracking Number 95029000003908138000090, See Attached Reutrn Receipt

My fees are $  0.00  for travel and $  16.00  for services, for a total of $  16.00  .

I declare under penalty of perjury that this information is true.

Date:  05/22/2018

*Server's signature*

Andrew R. Perrong
*Printed name and title*

1657 The Fairway #131
Jenkintown, PA 19046

*Server's address*

Additional information regarding attempted service, etc:

Date: May 22, 2018

Andrew Perrong:

The following is in response to your May 22, 2018 request for delivery information on your Certified Mail™/RR/RRE item number 9502900003908138000090. The delivery record shows that this item was delivered on May 22, 2018 at 4:09 pm in 11800 CENTRAL AVE STE 225 CHINO, CA 91710. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Jeffrey R. Silhanek<br>11800 Central Ave Unit 205A<br>Chino CA 91710 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3530 7275 2807 74 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9502 9000 0390 8138 0090 10 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 18-1655

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SCOTT E. SHALLER

was received by me on *(date)*  05/17/2018  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Court Order Dated May 17, 2018 (ECF Docket 10); Complaint (ECF Docket 1); Motion for Specific Damages (ECF Docket 9) - Via Certified Mail, Delivered 5/22/2018, Tracking Number 9502900003908138000106, See Attached Reutrn Receipt

My fees are $  0.00  for travel and $  16.00  for services, for a total of $  16.00  .

I declare under penalty of perjury that this information is true.

Date:  05/22/2018

*Server's signature*

Andrew R. Perrong
*Printed name and title*

1657 The Fairway #131
Jenkintown, PA 19046

*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES POSTAL SERVICE.**

Date: May 22, 2018

Andrew Perrong:

The following is in response to your May 22, 2018 request for delivery information on your Certified Mail™/RR/RRE item number 9502900003908138000106. The delivery record shows that this item was delivered on May 22, 2018 at 4:09 pm in 11800 CENTRAL AVE STE 225 CHINO, CA 91710. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Scott E Shuller<br>11800 Central Ave unt 225A<br>Chino CA 91710 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3530 7275 2807 98 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☑ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9502 9000 0390 8138 0001 06 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt